UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
JONES, GRALING § Case No. 16-19961 JBS
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 10,750.00<br>*(Without deducting any secured claims)* | Assets Exempt: 21,480.00 |
| Total Distributions to Claimants: 3,756.38 | Claims Discharged<br>Without Payment: 84,906.07 |
| Total Expenses of Administration: 1,261.82 | |

3) Total gross receipts of $ 9,629.40 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,611.20 (see **Exhibit 2**), yielded net receipts of $ 5,018.20 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 109,049.00 | $ 2,104.24 | $ 2,104.24 | $ 2,104.24 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,261.82 | 1,261.82 | 1,261.82 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,200.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 63,161.37 | 21,196.84 | 21,196.84 | 1,652.14 |
| **TOTAL DISBURSEMENTS** | $ 174,410.37 | $ 24,562.90 | $ 24,562.90 | $ 5,018.20 |

4) This case was originally filed under chapter 7 on 06/17/2016 . The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/07/2017            By:/s/ANDREW J. MAXWELL, TRUSTEE
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2011Toyota Corolla (Vehicle damaged in a car crash | 1142-000 | 9,629.40 |
| **TOTAL GROSS RECEIPTS** | | **$9,629.40** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Graling Jones | Exemptions | 8100-000 | 4,611.20 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 4,611.20** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MB Financial Bank 6111 N River Rd Rosemont, IL 60018-5158 | | 103,000.00 | NA | NA | 0.00 |
| | Toyota Motor Credit Co Toyota Financial Services PO Box 8026 Cedar Rapids, IA 52408-8026 | | 6,049.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | TOYOTA MOTOR CREDIT CORPORATION | 4210-000 | NA | 2,104.24 | 2,104.24 | 2,104.24 |
| **TOTAL SECURED CLAIMS** | | | $ 109,049.00 | $ 2,104.24 | $ 2,104.24 | $ 2,104.24 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | 2100-000 | NA | 1,251.82 | 1,251.82 | 1,251.82 |
| ASSOCIATED BANK | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 1,261.82 | $ 1,261.82 | $ 1,261.82 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Treasurer 118 N Clark St # 112 Chicago, IL 60602-1332 | | 2,200.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 2,200.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cardiac Billing Services 9410 Compubill Dr Orland Park, IL 60462-2627 | | 79.80 | NA | NA | 0.00 |
| | Chase Bank USA NA Attn: Correspondence Dept PO Box 15298 Wilmington, DE 19850-5298 | | 97.00 | NA | NA | 0.00 |
| | Discover Financial Services LLC Attn: Bankruptcy PO Box 3025 New Albany, OH 43054-3025 | | 5,418.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Holy Cross Hospital - Sinai Health Syst 2701 Highpoint Oaks Dr Ste 124 Lewisville, TX 75067-3896 | | 150.00 | NA | NA | 0.00 |
| | Lending Club Corp 71 Stevenson St Ste 300 San Francisco, CA 94105-2985 | | 12,115.00 | NA | NA | 0.00 |
| | Linas Sidrys MD 5850 111th St Chicago Ridge, IL 60415-2220 | | 532.20 | NA | NA | 0.00 |
| | Metro Center for Health 901 McClintock Dr Ste 202 Burr Ridge, IL 60527-0872 | | 61.48 | NA | NA | 0.00 |
| | Optum 11000 Optum Cir Eden Prairie, MN 55344-2503 | | 12,400.99 | NA | NA | 0.00 |
| | Peoples Gas 200 E Randolph St Fl 20 Chicago, IL 60601-6431 | | 263.00 | NA | NA | 0.00 |
| | Prosper Marketplace Inc PO Box 396081 San Francisco, CA 94139-6081 | | 17,119.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears Citibank NA PO Box 6282 Sioux Falls, SD 57117-6282 | | 945.00 | NA | NA | 0.00 |
| | Sinai Medical Group - Sinai Health Syste 2621 W 15th Pl Chicago, IL 60608-1712 | | 67.26 | NA | NA | 0.00 |
| | Synchrony Bank - Sam's Club Attn: Bankruptcy PO Box 103104 Roswell, GA 30076-9104 | | 9,000.00 | NA | NA | 0.00 |
| | Synchrony Bank - Sam's Club Attn: Bankruptcy PO Box 103104 Roswell, GA 30076-9104 | | 4,545.00 | NA | NA | 0.00 |
| | University of Chicago Medicine 8201 Cass Ave Darien, IL 60561-5314 | | 367.64 | NA | NA | 0.00 |
| 000001 | DISCOVER BANK | 7100-000 | NA | 5,646.40 | 5,646.40 | 440.10 |
| 000003 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 5,912.61 | 5,912.61 | 460.85 |
| 000004 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 9,637.83 | 9,637.83 | 751.19 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 63,161.37 | $ 21,196.84 | $ 21,196.84 | $ 1,652.14 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 16-19961 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | JONES, GRALING | | | Date Filed (f) or Converted (c): | 06/17/16 (f) |
| | | | | 341(a) Meeting Date: | 07/08/16 |
| For Period Ending: | 04/07/17 | | | Claims Bar Date: | 10/07/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-family home, One-quarter expectancy intere | 25,750.00 | 0.00 | | 0.00 | FA |
| 2. 2011 Toyota Corolla (Vehicle damaged in a car crash (u) amended from 3,693.94 to 6644.94 | 6,644.94 | 9,629.40 | | 9,629.40 | FA |
| 3. Two refrigerators, two stoves, washer and dryer (a | 500.00 | 0.00 | | 0.00 | FA |
| 4. 49" flat screen TV, small tube TV, 3 year old lapt | 250.00 | 0.00 | | 0.00 | FA |
| 5. 100 compact discs, 100 DVDs | 100.00 | 0.00 | | 0.00 | FA |
| 6. Exercise machine | 50.00 | 0.00 | | 0.00 | FA |
| 7. Necessary wearing apparel. | 80.00 | 0.00 | | 0.00 | FA |
| 8. Three silver chains | 50.00 | 0.00 | | 0.00 | FA |
| 9. MB Financial Checking | 40.00 | 0.00 | | 0.00 | FA |
| 10. MB Financial Savings | 306.00 | 0.00 | | 0.00 | FA |
| 11. State Farm whole life insurance, Beneficiary: Sist | 492.80 | 0.00 | | 0.00 | FA |
| 12. Personal injury claim arising from accident of Jun Personal injury claim arising from accident in June (counsel asserts D not pursuing) | Unknown | 0.00 | | 0.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $34,263.74 | $9,629.40 | $9,629.40 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted 12/21/2016 hearing on 2.28.17

Investigating PI case

9/27/2016 FUND RECEIVED FROM STATE FARM FOR CAR ACCIDENT

LFORM1

Ver: 19.07a

UST Form 101-7-TDR (10/1/2010) (Page: 9)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 16-19961    JBS    Judge: JACK B. SCHMETTERER | Trustee Name:    ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | JONES, GRALING | Date Filed (f) or Converted (c):    06/17/16 (f) |
| | | 341(a) Meeting Date:    07/08/16 |
| | | Claims Bar Date:    10/07/16 |

Initial Projected Date of Final Report (TFR): 03/31/17    Current Projected Date of Final Report (TFR): 03/31/17

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 16-19961 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | JONES, GRALING | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2896 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7136 | | | |
| For Period Ending: | 04/07/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/27/16 | 2 | STATE FARM MUTUAL AUTOMOBILE INSURANCE CO CLAIM # 13-900C-049 LOSS DATE 06-14-2016 | PI FUNDS | 1142-000 | 9,629.40 | | 9,629.40 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,619.40 |
| 10/11/16 | 010001 | Graling Jones 8011 S Paxton Ave Chicago, IL 60617-1159 | EXEMPTIONS 735 ILCS 5/12-1001(B) 2,211.20 735 ILCS 5/12-1001(C) 2,400.00 | 8100-000 | | 4,611.20 | 5,008.20 |
| 03/01/17 | 010002 | Toyota Motor Credit Corporation P.O. Box 9013 Addison, Texas 75001 | Claim # 2, Final Payment o/c 2/28/2017 | 4210-000 | | 2,104.24 | 2,903.96 |
| 03/01/17 | 010003 | ANDREW J. MAXWELL, TRUSTEE 20 N. CLARK ST. SUITE 200 CHICAGO, IL 60602 | Tr. Fee app and Exp o/c 2/28/2017 | 2100-000 | | 1,251.82 | 1,652.14 |
| 03/01/17 | 010004 | Discover Bank Discover Products Inc PO Box 3025 New Albany, OH 43054-3025 | Claim # 1, Final Payment o/c 2/28/2017 | 7100-000 | | 440.10 | 1,212.04 |
| 03/01/17 | 010005 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY BANK (SAM'S CLUB) POB 41067 Norfolk, VA 23541 | Claim # 3, Final Payment o/c 2/28/2017 | 7100-000 | | 460.85 | 751.19 |
| 03/01/17 | 010006 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY BANK (SAM'S CLUB) POB 41067 Norfolk, VA 23541 | Claim # 4, Final Payment o/c 2/28/2017 | 7100-000 | | 751.19 | 0.00 |

Page Subtotals     9,629.40     9,629.40

Ver: 19.07a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-19961 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | JONES, GRALING | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2896 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7136 | | | |
| For Period Ending: | 04/07/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 9,629.40 | 9,629.40 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 9,629.40 | 9,629.40 | |
| Less:  Payments to Debtors | | 4,611.20 | |
| Net | 9,629.40 | 5,018.20 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********2896 | 9,629.40 | 5,018.20 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 9,629.40 | 5,018.20 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 19.07a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*